FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-2063
LT Case No. 42-2005-CF-2048-A

_____

CORNELIUS AKINE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for All Writs.
A Case of Original Jurisdiction.

Cornelius Akine, DeFuniak Springs, pro se.

No Appearance for Appellee.


October 10, 2025


PER CURIAM.

This Court earlier dismissed Petitioner's petition for all writs stemming from Marion County Circuit Court Case No. 42-2005-CF-2048-A. Petitioner is cautioned that abusive, repetitive, malicious, or frivolous filings directed to Marion County Circuit Court Case No. 42-2005-CF-2048-A may result in sanctions such as a bar on pro se filing in this Court and a referral to prison officials for disciplinary proceedings, which may include forfeiture

of gain time. *See* § 944.279(1), Fla. Stat. (2019); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER CAUTIONED.

JAY, C.J., and EISNAUGLE and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____